RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JAN 17 2017

FILED_____
DOCKETED_____  DATE  INITIAL

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

GREG Hauk
Appellant,

9th Cir. Case No. 16-56906

Originating Court Case No. D.C NO. 2:14-CV-01250-CAS-MRW

vs.

ANTHONY VALKANAS
Appellee(s). DAVISON DESIGN & DEVELOPMENT INC.

APPELLANT'S INFORMAL BRIEF
(attach additional sheets as necessary)

1.  Jurisdiction

    a.  Timeliness of Appeal:

        (i)   Date of entry of judgment or order of originating court: I DON'T UNDERSTAND

        (ii)  Date of service of any motion made after judgment (other than for fees and costs): I DON'T UNDERSTAND

        (iii) Date of entry of order deciding motion: I DON'T UNDERSTAND

        (iv)  Date notice of appeal filed: JANUARY 10/17

        (v)   For prisoners, date you gave notice of appeal to prison authorities: N/A

9th Cir. Case No. **16-56906**                                    Page 2

2.  What are the facts of your case?

SEE ATTACHED DOCUMENTS DATED DECEMBER 10/16 THAT WERE REJECTED BY THE LOS ANGELES APPEALS COURT

9th Cir. Case No. 16-56906.                                Page 3

3. What did you ask the originating court to do (for example, award damages, give injunctive relief, etc.)?

I ASKED THE COURT TO HAVE THIS TRIAL RE-ASSIGNED TO BUFFALO, WHERE I LIVE NEARBY IN CANANDA AND THE MAJOR WITNESS LIVES, ~~AND~~ THIS AFTER I FIRED MY LAWYER FOR SIDING WITH THE OTHER LAWYER TO FORCE ME TO SIGN A MUTUAL RELEASE AND FORCE ME TO GO BANKRUPT.
(SEE ATTACHED FORMS DATED DECEMBER 10/17

4. State the claim or claims you raised at the originating court.

I AM INNOCENT OF TELLING VALKANAS VICTIMS THAT HE MURDERED PEOPLE.

ALL I SAID TO A VALKANAS VICTIM ONCE ~~HE~~ HE ASKED ME IF VALKANAS HAD ANYTHING TO DO WITH A MURDER. MY RESPONSE WAS: "THAT MURDER THING WAS A SUSPECT IN A DOUBLE HOMICIDE."

5. What issues are you raising on appeal? What do you think the originating court did wrong?

(SEE ATTACHED DOCUMENTS DATED DECEMBER 10/16)

I WAS NOT ABLE TO GO BACK TO LOS ANGELES, AND MY LAWYER DENIED ME AND MY WITNESS TO TESTIFY FROM BUFFALO

9th Cir. Case No. __16-56906__                              Page 4

6. Did you present all issues listed in #5 to the originating court?

   __Yes__    If not, why not?
   Yes/No

   I PROVIDED ALL THIS TO MY LAWYER, I DO NOT KNOW WHAT HE DID BECAUSE I DO NOT HAVE ANY OF THE COURT DOCUMENTS, AND I AM ASKING THE COURT FOR THESE DOCUMENTS SO I CAN CONTINUE FURTHER.

7. What law supports these issues on appeal?
   (You may, but need not, refer to cases and statutes.)

   "SEE ATTACHED DOCUMENTS" DATED DECEMBER 10/16

   I DO NOT UNDERSTAND THE QUESTION BECAUSE I AM CANADIAN.

9th Cir. Case No. __16-56906__                              Page 5

8. Do you have any other cases pending in this court? If so, give the name and docket number of each case.

NO

9. Have you filed any previous cases which have been decided by this court? If so, give the name and docket number of each case.

NO

10. For prisoners, did you exhaust all administrative remedies for each claim prior to filing your complaint in the district court?

N/A.

__GREG HOWE__                          __[signature]__
Name                                   Signature
__3 CARN CASTLE GT__
__ST CATHARINES ONT__
__CANADA    L2N 5V4__
Address

__JANUARY 9/16__
Date

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 29 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NEW SHOW STUDIOS, LLC, a Nevada limited liability company; ANTHONY VALKANAS, an individual; DAVISON DESIGN & DEVELOPMENT, INC., a Pennsylvania corporation, <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> GREG HOWE, an individual; DOES, 1 through 20, inclusive, <br><br> Defendants - Appellants. | No. 16-56906 <br><br> D.C. No. 2:14-cv-01250-CAS-MRW <br> U.S. District Court for Central California, Los Angeles <br><br> **TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule.

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.1. If there were no reported hearings, the transcript deadlines do not apply.

| | |
|---|---|
| **Mon., January 23, 2017** | Transcript shall be ordered. |
| **Mon., April 24, 2017** | Transcript shall be filed by court reporter. |
| **Mon., June 5, 2017** | Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |

# CIRCUIT RULE 25-2

## COMMUNICATIONS TO THE COURT

All communications to the court, including papers to be filed, shall comply with FRAP 32 and shall be address to the

Clerk at the United States Court of Appeals,

Post Office Box 193939

San Francisco, California 94119-3939

When it is intended that a communication come to the personal attention of a judge or judges, sufficient copies, not including the original, shall be supplied to the Clerk so that the Clerk can furnish a copy to each judge.

Cross Reference: Circuit Rules 27-1, 27-2, 27-3 and 27-6, Motions practice; Introduction, Pages xvii-xxi.