APRIL 24/17

TO: MOLLY C DWYER
U.S. COURT APPEALS

FROM: GREG HOWE
RE: CASE # 16-56906



RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MAY 03 2017

FILED
DOCKETED
DATE          INITIAL

---

I NEED YOUR HELP. I HAVE NO CLUE WHAT IS GOING ON, AND DO NOT UNDERSTAND THESE LETTERS YOU ARE SENDING ME. AFTER BEING FOUND GUILTY OF MURDER I FILED MY APPEAL TO LOS ANGLES, AND SENT A COPY TO JEFF SESSIONS (ONLY BECAUSE TO SHOW HOW CORRUPT THE AMERICAN JUSTICE SYSTEM IS, AND THE FACT I WAS CHOSEN BY WHISTLE BLOWERS TO EXPOSE SESSIONS AND THE REMAINING TRUMP TEAM AS AIDING THE FORMER KGB TO DERAIL HILLARYS CAMPAIGN, AND FBI AND NSA DIRECTORS TO TURN A BLIND EYE). THE TAPES ARE BIGGER THAN WATERGATE. I ALSO SENT A COPY TO YOUR OFFICE. I TRYED TO FIND OUT IF ANY OF THESE OFFICES GOT MY APPEAL, BUT HAVE NOT HAD ANY SUCCESS. I JUST WANT TO KNOW IF I HAVE TO RE-SUBMIT OR DO YOU HAVE IT, AND THE WHAT IS THE PROCEDURE IN TERMS OF ENGLISH (NOT LAWYER TALK).

THANK YOU

D Howe

**FILED**

APR 19 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NEW SHOW STUDIOS, LLC, a Nevada limited liability company; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> GREG HOWE, an individual and DOES, 1 through 20, inclusive, <br><br> Defendants-Appellants. | No. 16-56906 <br><br> D.C. No. 2:14-cv-01250-CAS-MRW Central District of California, Los Angeles <br><br> ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

The motion to proceed in forma pauperis (Docket Entry Nos. 3, 5) is granted. The Clerk shall amend the docket to reflect this status.

The Clerk shall file the opening brief received on January 17, 2017. The answering brief is due 30 days after the date of this order. The optional reply brief is due within 14 days after service of the answering brief.

ELF/MOATT